# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Archavis Briann Moore,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                        3:10-cv-25
                                           3:05-cr-28-1

USA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 25, 2011 Order.

Signed: March 25, 2011

Frank G. Johns, Clerk
United States District Court